**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00346-CR
No. 05-14-00347-CR

**MICHAEL KENNEDY LOUIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-10013-Q, F13-52531-Q**

## ORDER

Appellant's October 14, 2014 motion to withdraw as appointed counsel is **GRANTED**. Riann C. Moore and the Dallas County Public Defender's Appellate Division are **REMOVED** as counsel of record for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals. We further **ORDER** the trial court to transmit to this Court, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record with the order appointing new counsel.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the supplemental

clerk's record is filed, whichever is earlier.

/s/ LANA MYERS
   JUSTICE